# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| BERNARD R. MARONEY )<br>*Plaintiff(s)* )<br>v. )<br>CSX TRANSPORTATION, INC. )<br>*Defendant(s)* ) | Case Number: 09-cv-324-PMF<br>Consolidated with: 10-cv-961-PMF |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that:

☐   Plaintiff, recover from the Defendant, the amount of $, which includes prejudgment interest at the rate of %, plus post judgment interest at the rate of%, along with costs.

☐   Plaintiff recover nothing, the action be dismissed on the merits, and the Defendant recover costs from the Plaintiff

☒   other: this action is dismissed with prejudice and without costs.

This action was:

☐   tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐   tried by Judge without a jury, and the above decision was reached.

☐   decided by Judge on a motion for.

☒   other: settled.

Dated:  November 28, 2011.                              NANCY J. ROSENSTENGEL, Clerk

                                                                             s/Karen R. Metheney
                                                                             Deputy Clerk

AO 450 (Rev. 01/09)   Judgment in a Civil Action
MODIFIED SDIL (3/2011)